In re The **CASUAL MALE CORPORATION, The Casual Male, Inc., Himalaya Sportswear, Inc., Sweats FX, Inc., TCM Apparel, Inc., Debtors.**

**Bankruptcy Nos. 90–40492–JFQ to 90–40496–JFQ.**

United States Bankruptcy Court, D. Massachusetts.

June 4, 1990.

As Amended Oct. 3, 1990.

J. Robert Seder, Seder & Chandler, Worcester, Mass., for debtor.

---

**256**

George Kelakos, Cohn, Roitman & Kelakos, Boston, Mass., for Evergreen Plaza Associates.

Carl Aframe, Worcester, Mass., for MY, Inc.

### ORDER

JAMES F. QUEENAN, Jr., Bankruptcy Judge.

The Debtors jointly move to extend to August 17, 1990 the time during which they may file motions to assume or reject certain leases. Objections have been filed by various landlords holding leases of stores in which the Debtors have discontinued operations which the Debtors have included within their motion because they wish further time to market the leases. The court entered into the record certain findings and rulings during today's hearing, and bench orders were issued. In confirmation of those bench orders, it is hereby

ORDERED, that, except as noted below, the Debtors shall have until August 17, 1990 to assume or reject the Leases under 11 U.S.C. § 365 on the condition, however, that no later than June 8, 1990, the Debtors pay (subject to *bona fide* disputes as to amounts) all rent which has accrued prior to today with respect to the leases for which they seek relief, including, without limitation, the entire April rent notwithstanding that the Debtors filed their petitions on April 4, 1990; and that the Debtors timely pay rent accruing under such leases during the period of extension.

FURTHER ORDERED, that

1. The motion is DENIED with respect to the lease of the store in Abbington, Pennsylvania; and

2. Leases for the stores in Framingham, Massachusetts and Winston–Salem, North Carolina shall be deemed rejected unless the Debtors file motions to assume such leases no later than July 5, 1990.

Pursuant to the Debtors' requests made in open court, leases of stores located at the following eleven locations are deleted from the Debtors' motion:

*Lease No.*

22  Quintree Plaza, Braintree, MA

72  Independence Mall, Wilmington, N.C.

132  Atlanta, GA

282  Alta Mere Plaza, Fort Worth, TX

301  Northern Plaza Shopping Center, Dalton, TX

318  Erie Blvd., East, DeWitt, N.Y.

353  Market View Mall, Champaign, ILL

529  Westwood Blvd., Westwood, CA

170B  Knoxville, Tenn.

136B  Shreveport, LA

14C  Murfreesboro, Tenn.